



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                              :      NO. 03-158
           v.                 :
                              :      (UNDER SEAL)
JOSHUA SUTTER                 :

## O R D E R

AND NOW, this 20th day of December, 2004, it is Ordered that a conference is scheduled for **December 29, 2004 at 2:30 p.m.,** with the Honorable Eduardo C. Robreno, in Chambers, Room 11614, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.[1]

ATTEST:              or    BY THE COURT

BY: _____    _____
Deputy Clerk                     Judge

C.V. 12 (4/99)

faxed to: Thomas Hogan, AUSA
          William Cannon, Esq.
xc: Michael Pascarella, US Prob. Off.

_____

[1]Counsel, probation officer, lead agent must be present.
The defendant and the probation officer located in South Carolina may participate by telephone by calling Chambers at 2:30 p.m. at (215) 597-4073.