IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Division

United States of America   [

  [

  [

  [

v   [   Case No: 03-cr-00158

  [

Joshua Caleb Sutter   [   Judge Robreno

  [

    Defendant   [   **FILED**

---------------------------[

  [   **JUL 24 2017**

William A White   [

  [   KATE BARKMAN, Clerk

   Non-Party Movant   [   By_____Dep. Clerk

  [

RECEIVED JUL 24 2017

MOTION TO UNSEAL AND PROVIDE ME WITH A COPY OF DOC 29

PURSUANT TO THE COMMON LAW RIGHT OF ACCESS AND

US CONST AMEND I

-------------------------------------------------------

Comes Now the Non-Party Movant, William A White, and, I move this Court to unseal, and, the provide me with a copy of, Doc 29 pursuant to the common law right of access, and, US Const Amend I. In support, I state as follows:

1) Joshua Caleb Sutter was arrested in this matter February 12, 2003, and, was released from federal prison November 9, 2004. Upon his release, Sutter went to work for the FBI as a federal informant cross-tasked to both domestic terrorism, and, foreign counter-intelligence, investigations.

2) An attached article from NKNews, Exhibit A, details some of Sutter's activities since his release from prison. Among other activities, Sutter was involved in creating a phony "Aryan Nations", see, eg, United States v Gulett WD La Case No: 05-cr-023; United States v Kreis 474 Fed Appx 370 (4th Cir 2012) creating the "Rural People's Party", a phony pro-North Korean

-1-

gro~~up~~... oriented protest group.

3) During the course of his work, as described in Exh A, Sutter was partnered with a man named James Porrazzo.

4) In 2007, Sutter, and, Porrazzo, are alleged to have attempted to murder a man named John Paul Cupp as part of their operation against North Korea; Cupp was a pro-North Korea activist who was not engaged in crime, and, the attempted murder occurred at a trailer in Lexington, South Carolina, from which Sutter was authorized by this Court to operate in accordance with the Court's Order transferring his probation jurisdiction, Doc 30, and, I believe, the sealed order of Doc 29.

5) Similarly, another target of Sutter, and, Porrazzo's, investigations, David Lynch, a leader of the American Front, was murdered at his home March 3, 2011, allowing Sutter, and, Porrazzo, to take over the group.

6) According to statements made to me orally by Gwendolyn Toynton, an associate by Facebook of Porrazzo's, and, Sutter's, Porrazzo told her on May 27, 2012, that he had stolen my identity, and, used it to commit crimes. According to her sworn declaration, attached as Exhibit B, Porrazzo, and, Sutter were, at that time, discussing murdering me. Also, after Porrazzo, and, Sutter, became concerned that Toynton may communicate her knowledge to others, Sutter, using an account named Thugee Behram, threatened Toynton to prevent her prospective testimony.

7) All of this occurred in the context of a very large "disruption operation" which targeted white working class organizat-

ions are to be weighed against the dangers of concealment and secrecy of analysis.

This operation was personally directed by then FBI Director Robert Mueller, and, according to numerous informants in the operation, including a man named David Gletty, who has written a memoir entitled <u>Undercover Nazi</u>, this operation involved FBI authorization to commit violent crimes, and, acts obstructing justice. I have attached to this complaint excerpts of a §2255 complaint currently pending in MD Fl 17-cv-689, which outlines most of my current knowledge of this operation, and, the sources of said knowledge.

8) I believe that <u>Doc 29</u>, issued more than one month after Sutter's release from federal prison, refers to Sutter's employment by the FBI. Demonstrating that Sutter was an agent of the United States at the time that he threatened Toynton is important, one, because it makes any statements made to me by Toynton admissible under the unavailable witness rule if I cannot depose her, and, two, it shows outrageous government conduct in obstructing justice to prevent her testimony. Further, the document is important in investigating the gross government misconduct in the course of the disruption operation in which Sutter participated.

9) There is a strong presumption in favor of public accessibility to judicial records. <u>LEAP Systems v Money Trax Inc</u> 638 F 3d 216 (3rd Cir 2011). The presumption of public access is a common law doctrine that predates the Constitution. <u>Fairlab Practices Assocs v Riedel</u> 2016 US App LEXIS 21756 (3rd Cir 2016). The right attaches to any document that is considered a "judicial record", which includes any "document [that]

-3-

has been incorp-
orated, or, integrated, into a district court's adjudicatory
proceedings." Goldstein v Forbes (In Re: Cendent Corp) 260
F 3d 183 (3rd Cir 2001). This right is also protected by the
First Amendment. Publicker Industries v Cohen 733 F 2d 1054
(3rd Cir 1983). And, these rights extend to documents that
show the public how the government investigates, and, prosec-
utes, its citizens. United States v Criden 675 F 2d 550
(3rd Cir 1981).

10) Since there is a common law right, and, a First Amendment
right, to access to Doc 29, and, as Sutter's role as a feder-
al informant is well publicized, and, a matter of public con-
cern because of the misconduct he was engaged in, and, the
nature of the operation that he was engaged in, an Order un-
sealing Doc 29, and, making it available to me on whatever
terms documents are normally provided to third party inquir-
ers is appropriate.

For the above reasons, I ask that the Court Unseal Doc 29,
and, provide me a copy.

Respectfully Submitted,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE
----------------------

I hereby certify that this Motion to Unseal was mailed to
the Clerk of the Court, 1st Class Postage Prepaid, for posting
upon the Electronic Filing System this 14th day of July, 2017.

William A White

-4-

EXHIBIT A







## White Power and apocalyptic cults: Pro-DPRK Americans revealed

American homegrown terrorist groups are the chosen favorites of Pyongyang

 Tweet

WASHINGTON D.C. – In September 2003, John Paul Cupp, the 22 year old son of a fundamentalist Christian preacher from Indiana, received a message from the government of North Korea.

"Upon the authorization of the Central Committee" it read, Pyongyang "extends militant greetings to you who extend warm support and solidarity to the Songun policy of our respected Marshal Kim Jong Il, treasure sword of our nation."

The "formation of the Songun Politics Study Group USA has been reported to our Central Committee and, through it, to the Workers Party of Korea....Now your organization has been introduced to the entire Korean nation in the south and the north. We are very pleased to have a revolutionary organization and comrades like you in the land of the United States, the bulwark of imperialism and determined to further the relationship with you in depth."

Rodong Sinmun, the official voice of the ruling Korean Worker's Party (KWP), reported the news on September 11, the two year anniversary of the terrorist attacks on the World Trade Center in New York.

The message from Pyongyang promised to send further information "by DHL" to the address of "Comrade John Paul Cupp." What North Korea didn't mention was at the time was that John Paul Cupp had no address because he was homeless and living in a tent under a highway in Portland, Oregon.

"My father is a loser. He lives in Lynn Haven, Florida," wrote Cupp on an online family genealogy thread in October 1999. "I moved to Portland to join the communist party and get my poetry published. I am 19 years old."

By the time Cupp vowed his loyalty to Pyongyang and was made Chairman of the newly created Songun Politics Study Group USA, his evolving political ideology embraced white supremacy, pro Islamic Jihadism, virulent anti-Semitism, and launching domestic terrorism to achieve the armed overthrow of the U.S. government.



*John Paul Cupp (c) in trench coat when he was homeless living in Portland Oregon in the early 2000's when he became the chief U.S representative of the Pyongyang sanctioned group of U.S. supporters of North Korea. North Korean media heralded Cupp as a "prominent U.S. public figure."*

In recent years, the North Korean government has joined in alliance and found common cause with American citizens from the violent armed fringes of both the political far right and left, who are members of registered U.S. domestic terrorist organizations, have been convicted for violent racial attacks, claimed to have sent Anthrax chemical warfare agents to the President of the United States, been sentenced to mental institutions for threatening to assassinate sitting U.S. presidents, and been imprisoned for plotting terrorist attacks on U.S. soil.

## "Comrade Kim Il Sung and Dear Leader Comrade Kim Jong Il are the two greatest human beings in the entire history of the world"

Several have made official visits to North Korea as the invited guests of the Pyongyang government.

The American political activists of the pro-North Korean political organizations created by Pyongyang in the U.S. include leaders of armed white power groups accused of trying to spark violent race wars. ; Americans fighting for the creation of a U.S. state populated exclusively by white people; supporters of the extermination of the Jewish race; who applaud the 9/11 and Oklahoma City terrorist attacks; and others who hold as their ideological mentors the religious suicide cult leader Jim Jones, Pol Pot, Osama Bin Laden, and the assassins of three U.S. presidents and civil rights leader Martin Luther King.



*John Paul Cupp with SKS rifle in 2009, with confederate flag in the background. Photo taken in 2009 while he was advocating white supremacy and head of the official U.S. Songun Politics Study Group*

But according to North Korean official propaganda, these American citizens and the Pyongyang government they view as their ideological mentors agree on one thing: The Kim family dynastic leadership are the greatest political thinkers of our times.

"My personal opinion," John Paul Cupp said in a 2007 interview, "is that great leader Comrade Kim Il Sung and Dear Leader Comrade Kim Jong Il are the two greatest human beings in the entire history of the world. For us, it would be impossible to even wake up in the morning should we lose the ability to cherish them."



*John Paul Cupp at the top of the Juche Tower, Pyongyang, North Korea, on an official trip by invitation of the North Korean government as head of the U.S. Songun Politics Study Group in 2006*

### FROM WHITE SUPREMACIST TO ISLAMIC CONVERT

While serving as the Chairman of the Songun Politics Study Group USA, recognized by Pyongyang as their primary U.S. support group, and several other political front groups created in North Korea but portrayed as homegrown U.S. mass political movements, Cupp's political platform included anti-Semitic laced rhetoric ("hey anyone, actually killing Jews is to be supported in so far as they are killing Jews") to racism ("I fully invite every member of an Islamic or Third World country that US imperialism wants to bomb to join us in a cross burning and Jena-rope-the-goal/President event to show how much we love scabs and tools of the Jews and imperialist finance capital"), to support for "Aryan hero Lee Harvey Oswald" and the Oklahoma City bomber, Timothy McVeigh.

In a post on a white supremacy website titled "A Call for White Resistance" Cupp wrote "One of the things that was brought to my attention while I was visiting North Korea is that during the course of the anti-Japanese struggle the masses began scattered and wanting, then non-violently resisting, and then resisting with "terrorism" and what we call "lone wolf actions' today," he wrote.

"When looking at our White European-American nation, one finds a people who have not lost their desire to fight the enemy oppressor and who are willing to take matters into their own hands."

Cupp cited a list of American "Lone Wolves" to be emulated which included the far-right White Supremacist who committed the most deadly domestic terrorist act in U.S. history when he blew up the federal building in Oklahoma City, a White Supremacist group who stockpiled weapons and explosives then went on a murderous campaign of assassination against blacks, and the assassins of Presidents Kennedy, Lincoln and McKinley as well as Martin Luther King.

But that didn't stop the North Korean government from appointing him the head of the officially sanctioned political organization of U.S. citizens supporting the government of North Korea. Nor did it inhibit Pyongyang prominently depicting the then 22 year old American in state media dozens of time in the following years as a "prominent U.S. Public Figure" and inviting him on official government sponsored visits to the DPRK.



*A photograph of John Paul Cupp, Chairman of the U.S. Songun Politics Study Group taken at the demilitarized zone on the border with South Korea from the North Korean side. Plata is with a North Korean military officer in the neutral zone during a 2007 trip Cupp made to North Korea as an official guest of Pyongyang*

For many North Koreans, the only source of information on developments outside the DPRK is the strictly controlled government media and many therefore believe that the world masses are ardent supporters of Kim Il Sung's Juche political ideology.

On April 15, 2004 (Kim Il Sung's birthday), Cupp sent a poem to Pyongyang expressing his fealty to Kim Il Sung and Juche which was promptly republished by North Korean media.

"Marshal Kim Jong Il is the most outstanding revolutionary leader of our era. His Songun army-centered stance, against the fascist scum goons of the White House, cannot be called anything short of genius, extreme bravery, defiant, principled, and even scholarly," Cupp wrote. "Marshal Kim Jong Il has clearly shown that the gun is the revolution. He clarified that the gun is the faithful and uncompromising companion of the revolutionary. This gun-based approach is correct in every single way."

In October 2004, the KCNA heralded Cupp as praising the wife of North Korean founder Kim Il Sung and mother of then leader Kim Jong Il which spoke of "a revolutionary comrade-in-arms most loyal to President Kim Il Sung and gave birth to leader Kim Jong Il."

Another KCNA dispatch the following month published an article by Cupp titled "What a great man Comrade Kim Jong Il is" which read "Then there are questions as to why do intellectuals respect and revere General Kim Jong Il so deeply."

"He [Cupp] explained in the article that Kim Jong Il is the most prominent leader in the present era just as President Kim Il Sung was. Though the socialist movement suffered setbacks in different countries, the brilliant and august name of Kim Jong Il serves as a symbol of the militant and invincible defender of the world, he stressed," wrote KCNA.

Cupp remained head of the U.S. Songun Study Group for the next seven years during which he traveled to Pyongyang as an official guest of the North Korean government. Simultaneously, he forged alliances with other American White Power extremist groups who shared his fidelity to Pyongyang, created other political front groups espousing armed revolution to create a racially pure state, and joined with apocalyptic fringe religious sects espousing suicide bombers as a tactic for achieving religious and political goals.

In an article Cupp wrote while serving as head of the U.S. Songun Study Group , he said "Imagine a racial communist super-State comprising all of Europe and Russia and stretches across the reclaimed Siberian Land Bridge Project into White North America and includes Australia, New Zealand, Chile and Argentina in its project. Bloodline shall supersede

geographical boundaries (this will be) the total victory of White Power over the conspiracy for our genocide, more than just racialism, but also socialism, and the rebirth of the neighborhood and family again."

## "The best models existing today are those of North Korea and the Iraqi Branch of the Arab Socialist Ba'ath Party"

"Long live the 'White race'," the article concluded. "Long live the communist revolution! Let us vow to die in the trenches of combat before ever even considering the thought of surrendering our European-American Nation!"

In December 2009, Cupp penned a piece in which he wrote "White Power, urban correctly defined, ultimately means both separation from and death to America. Indeed, White Power, Death to America! ... the best models existing today are those of careful study, admiration, and solidarity for our people are those of North Korea and the Iraqi Branch of the Arab Socialist Ba'ath Party."

In February 2010, Cupp created another organization called "Aryan Athletics." The next month he formally converted to Islam and changed his name to Wahid Yayah Cupp.

By 2011, his erratic behavior and a myriad of infighting among other American comrades for the official endorsement of Pyongyang caused Cupp to be eased out as de-facto leader of the U.S. Songun Project-Study Group.

The ideas traveled by pro-North Korean citizens since 2003 has been similarly radical even occasionally inchoate, and buffoonery. During the last decade, other politically-active Americans were also going through important transitions on their way to joining John Paul Cupp as staunch supporters of Pyongyang and their brand of government.

### JOSHUA CALEB SUTTER/ PREACHER'S SON, NEO-NAZI, FEDERAL PRISONER

Joshua Caleb Sutter was one of the more colorful resumes in fringe American politics. Also the son of a fundamentalist Christian preacher, David Sutter, a well-known South Carolina white supremacist leader, Joshua Sutter was primed for the world of extremist politics from a young age.

He began dabbling in white racist politics as a teenager and rose rapidly through the ranks to become a national leader of the "Aryan Nations," a white supremacist neo-Nazi group which advocated the armed overthrow of the U.S. government in order to impose a whites-only racially pure state in its place.



*Joshua Sutter , former Aryan Nations white supremacist leader and leader of the Rural People's Party in his guise as Hindu priest, Shree Shree Kali-Kajrare at the Hindu Hare Shree temple/temple located on Sutter's small South Carolina property. (Photo: neelhamandir.com)*

Sutter hired on his headquarters compound of the Aryan Nations in Pennsylvania until his arrest by undercover federal agents in February 2003 for purchasing illegal automatic pistols with their serial numbers scraped off, and possession of silencers in a foiled plot to launch bomb attacks in a domestic U.S. terror campaign.

At the time, Sutter was also a preacher for the Church of the Sons of Yahweh, a white supremacist "Christian Identity" church with links to the Ku Klux Klan (KKK).

## "Roses are red, violets are blue – for every dead Arab, another dead Jew!"

After the September 11, 2001 World Trade Center bombings in New York, Sutter assumed the role of the Aryan Nations "minister for international Liaison", tasked with building alliances with international Islamic jihadist groups. Sutter caught the attention of federal authorities in 2002 after he delivered a "message of solidarity and support" to Saddam Hussein after Sept. 11 predicting that "the evil regime of the United States ... shall be wiped head off the face of the earth."

Along other actions, Sutter used the name Wadi-Hal Nbn Cejam of "Aryan Nations" White forms at the Aryan Pennsylvania Aryan Nations headquarters owned by Sutter's mentor. An ardent Arab-Nation friend Tebb.

On the Aryan Nations website, Suter touted a "large White Supremacist, anti-Semitic role in Washington D.C." Suter wrote: "Skinheads, Aryan Nations and all such groups are right... never to go off the deep end... Keep in mind – the jew, as a 'poignant example' the slogan of the demoralization. Roses are red, violets are blue – to every dead Arab, another dead jew!" Calling whites "the true chosen race", Suter wrote "Yes, oh yes... and it shall be much worse this time. Jew – all of your planning, scheming and attempts and preparedness shall not save you from that fateful day, for no man knows the hour... But a little bird told a 'friend' of a 'friend' of a 'friend' who told me that it 'shan't be too far off'..."



Joshua Caleb Suttel, former leader of the Rural People's Party, selling racist knick knacks (L) and posing in front of a Nazi flag (R).

Suter was arrested in February 2003 for purchasing gun silencers and an automatic pistol with its serial numbers scratched off from an undercover federal agent. This arrest was part of a sting operation where foiled attempts by Suter's White Supremacist extremist comrade to use explosives and weapons to blow up abortion clinics and kill political opponents.

Sentenced to two years, Suter was released from a Georgia federal prison on Nov. 9, 2004 and moved back to his hometown in rural Lexington County, South Carolina.

**THE RURAL PEOPLE'S PARTY AND THE JIM JONES JUCHE CARAVAN**

That is when Suter began a twisted web of sharp u-turns in his ideas, veering off to remote side roads of political ideology, and forged a new underground political organization–the Rural People's Party (RPP)–which embraced both Kim Il Sung's Juche ideology and that of Jim Jones as its two political mentors.

In documents compiled by the Department of Religious Studies at San Diego State University (which has an extensive archive of the Jim Jones People's Temple organization), a member of the Rural People's Party submitted a biography of the history of the party. Documents and other evidence obtained by NK News show that the author of the RPP biography was Joshua Suter and the article was sent from Joshua Suter's property in South Carolina.

The Rural People's Party (RPP) was officially ratified into existence in 2004 when our founder was released from federal prison after serving a sentence on weapons charges," the document says, revealing details which mirror the biography of Joshua Suter. "Other comrades on the outside had already scouted out and purchased a rural location for the founding of a commune," said the RPP document.

Upon release from prison, Suter began working at the Southern Patriot Shop, a White Supremacist retail outlet managed by Suter's father, Pentecostal preacher David Suter. The shop sells racist paraphernalia and is owned by the League of the South, an established hate group.

"While I was on the case of his release from federal prison that Suter founded the Rural People's Party—I was also in the following months that Suter using slias's including Wulfian Hall actively returned his leadership role in the white supremacist terror organization Aryan Nations. We can become more than simple commercialized pawns in the games of Jewish commerce. We spit upon the 'false sanctity of the "flag" – of whatever country'," wrote Suter in February 2005 on the Aryan Nations website. "We spit upon the erroneous sanctity of the cross – and all the meaningless rites of organized religion which is but another way to enslave us and control us, to keep us from realizing the potential that we possess as a race."

Audio recording of Fourteen Knackology by Joshua Suter being sung to various neo extremist political tastes. Source: Archive.org

Suter also provided an approved list of books which he positively reviewed. They included "A Practical Guide to The Strategy and Tactics of Revolution" which demonstrates four ways to "undermine/overthrow/dissolve/de-stabilize the present anti-Aryan System, and thus create or provide a revolutionary situation".

The book lists four methods for revolution: "(1) assassination of individuals; (2) (terror bombing (including targets where human casualties are likely)... (3) sabotage of the infrastructure of the System – such things as roads, communications, television transmitters, sirens, railways, power stations, food supplies, businesses, shops, financial institutions and so on (4) terror campaigns directed at our enemies – indiscriminate or otherwise.



Above Suter home which serves as headquarters for the RPP. Pro and Aryan Nations political group started by noted supremacist Joshua Suter



A plaque presented by the Rural People's Party and Songun Politics Study Group to Kim Jong Il on Kim Il Sung's birthday

According to Lexington County title records, on Aug 19 2003, David and Laura Suter, Joshua's parents, purchased 3.61 acres of land and a mobile home on 480 Sherwood Drive for $75,000 –the same location of the headquarters of the Rural People's Party, according to multiple documents obtained by NK News during this investigation.

A photograph on the official RPP website shows a single wide mobile home with a North Korean flag flying on a flagpole in a wooded area and is captioned: " Central People's Commune of the Rural People's Party: Militant Jucha Songun and Jim Jones thought Communism North America."

But Suter didn't abandon his far right, extremist white supremacist politics when he was released from the penitentiary at the end of 2004.



The single wide mobile home in Lexington County, South Carolina that served as the headquarters of the RPP. A North Korean flag flies in the foreground, and large cloth portraits of Kim Il Sung and Kim Jong Il, obtained from the North Korean government, decorate the entrance.

acre plot of land, with a mobile home, at 160 Maplewood drive, Lexington SC for $18,000.

But the following month, Louisiana based Aryan Nations leader and preacher of the White Supremacist hate church Sons Of Yahweh Morris Gulett wrote from the Louisiana West Monroe Correction Center on May 12, 2005 accusing Joshua Suiter of being an undercover government informant. "Brother Charles Thornton from Alabama and myself are in federal custody here in Louisiana charged with Conspiracy to Commit Armed Bank Robbery. We were set up by one of the church's oldest members, Joshua Caleb Suiter."

"Let me say that this entire debacle was an FBI set up from the very beginning. There would be no alleged crimes, were it not for an FBI informant/agent provocateur, one Joshua Caleb Suiter, a now former member of the Church of the Sons of YHVH/Legion of Saints."



Interior of mobile home used by the RPP as the headquarters of the Songun Policy Study Group (USA)

Within days, Weiss removed a photo of Suter posing in a black turban and face mask, and articles he wrote from the Aryan Nations Web site, and Suter went underground. The following years, Joshua Suter focused on supporting the government and Juche ideology of North Korea using a variety of aliases.

**KEVIN WALSH AND ZIAD SHAKER AL-JISHI: THE WHITE NATIONALIST AND THE PALESTINIAN AMERICAN**

It was also in 2004 that Kevin Walsh, an articulate virulent white nationalist and anti-Semite both began an alliance with Cupp and was arrested himself for threatening to assassinate by gun then U.S. president George W. Bush.

## "Police in Phoenix cautiously approached Walsh, a registered handgun owner. Guns drawn, Walsh responded by drawing his own"

"John Paul Cupp and I were political collaborators discontinuously from 2004 to 2010" said Walsh in a series of email interviews. In 2004 "I was arrested and was incarcerated until 2006."

Police in Phoenix cautiously approached Walsh, a registered handgun owner. Guns drawn, Walsh responded by drawing his own. The standoff ended without violence, but an Arizona judge declared that Walsh must have been



*Photo of hammer and sickle flag inside the RPP headquarters in rural Lexington County, South Carolina.*

"A synthesis of Marxist nationalism and Marxism-Leninism, EASPF is essentially a national communist or racial communist organization, whose Cupp is in 'vanguardship' message. I have been to North Korea and am deeply in love with them."

Cupp wrote that the North Korean Juche ideology supported "biological and cultural distinctiveness" and were "not ruthless towards the realities of bloodline in the creation of national destinies of people the way Western leftists are."

Kevin Walsh was most direct in his assessment of the two outfits. "NACAZAI and EASPF were only nutsellers. We didn't have any kind of mass following or sweet organization. We could write essays and solicit support, but no support come," Walsh told *NK News* in an email interview.

## "Jewish power and American imperialism are the source of great misery for the Arab people and the rest of the world, and they must be smashed"

All of Walsh's emails end with a quote from an April 2003 *Rodong Sinmun* article: "The South Korean pro-American malicious forces advocating the theory of 'multiracial society' are afraid who have not an iota of national soul, to say nothing of the elementary understanding of the view on the nation and social and historic development."

NACAZI was run by Cupp and a Palestinian American by the name of Ziad Shaker al-Jishi, who also held the title of deputy chairman of the U.S. Songun Politics Study Group. Ziad has made numerous trips to Pyongyang on the invitation of the North Korean government over the last decade.

"Jewish power and American imperialism are the source of great misery for the Arab people and the rest of the world."

In an October 2005 letter to Kim Jong Il, Ziad said "For the last several years, I have been active in supporting the DPRK because of my firm convictions in support of socialism and against imperialism and Zionism. The Korean revolution, through my numerous conversations and recent August visit, has demonstrated to me that it is not only genuine in its efforts, but further-more, the most advanced outpost for anti-imperialism in the world today."

The letter concluded: "While you long for Korean unity, I long for Arab unity. Like the Korean people under your care, my Arab people long for unification and independence. The lessons you have propagated against flunkeyism, by calling for preserving the Juche and national character of the revolution and synthesizing the people's cultural and national identity simultaneously with the anti-imperialist class struggle under the banner of 'nationalist in form and socialist in content', is nothing short of genuineness creatively putting its pulse on the needs and desires of the great masses of periphery."In recent years, North Korean state media has heralded Ziad's visits to Pyongyang and his messages of support to the Kim family dynasty numerous times.

### ZIAD, CUPP, SUTTER AND THE JUCHE CARAVAN

In December 2007, Ziad and Cupp travelled to meet Joshua Caleb Sutter at his rural mobile home in the woods of South Carolina, and formed a political alliance.

"A successful Songun Conference was held outside of Lexington, South Carolina at the Rural Peoples Party's Central Commune [...] Participants included the US Songun Group, the RPP, and the North American Committee Against Zionism and Imperialism," wrote Cupp in a December 2007 message to political supporters.

While the cast of characters and organizations in the U.S. supporting Pyongyang increased, so did the tension between the extremist leaders with varying political agendas fighting for control over the small U.S. Juche organization officially sanctioned by Pyongyang.

The U.S. Songun Politics Study Group's official North Korean government contact was through a known front group for North Korean intelligence agencies, the Committee for Cultural and Foreign Relations, charged with garnering foreign support for the government, and their offices and contacts are located in Pyongyang. For the U.S. political activists and groups, a man using the name Zo Il Min was their primary North Korean contact.

"Cupp told me that Zo Il Min is from southern Korea but had moved to the DPRK and that he has a cable connection to an e-mail address in Japan to do Songun work internationally," said Walsh in a series of email interviews with *NK News* from his Arizona home over recent months. "I don't know if that is true and whether the Juche study group really is sanctioned by the DPRK government. Given the sort of people they've been tolerating in positions of leadership recently, I certainly hope not."

## "The first time the RPP and John Paul Cupp crossed paths was in July 2007, when the RPP released a message of support for Pol Pot"

During the late 2007 meeting in the South Carolina woods with known Aryan Nations leader Joshua Caleb Sutter, the leader of the Rural People's Party, both Cupp and Ziad quickly found common political ground with the White Supremacist-turned Pyongyang disciple.

"In 2008 Cupp and Ziad had become involved with the Rural People's Party and had actually travelled to South Carolina to meet their leader, known as David Woods. Cupp would later say that Woods was a pseudonym for Josh Sutter and that Sutter had been arrested for some offense and had become a government agent" said Walsh. "Cupp and Ziad had initially thought Woods/Sutter and the RPP were sincere," Walsh told *NK News*.



*Main how—or "cowardice Morrison" of the pro North Korean Rural people's party holding a Korean trade magazine sent to them by the Pyongyang government in 2008. The photo is from inside the mobile home in rural South Carolina and served as headquarters for the RPP.*

The first time the RPP and John Paul Cupp crossed paths was in July 2007, when the RPP released a message of support for Pol Pot, the former leader of the Cambodian Khmer Rouge movement, on a pro-Khmer Rouge website. 1.9 million deaths occurred during Pol Pot's 3 years and 8 months in power in the 1970s.

Sutter sent a message. "We stand in firm solidarity with the Group for the Study of the Theories of Pol Pot and as a Marxist-Leninist-Maoist organization have held steadfast in colours, theory, assimilation into party line and, by our work in strengthening the Central People's Commune, advancing socialist process implementation of Pol Potism. Please first to enforce some firing to photographs taken at the CPC's place which sit way outside the previous line of the CPK are most graciously welcome.

"The message contained photographs of the Khmer Rouge flag given over a newly-raised mobile home in a hall—being—the Central People's Commune of the Rural People's Party in photographs could easily determine the same trailer and probably later show pictures of the North Korean flag and torce contained in Kim Il Sung and Kim Jong Il in the interior of the small building.

John Paul Cupp wrote back a month later "On the Occasion of DPRK Foundation Day" to the RPP. It takes a lot of courage and guts to salute Democratic Kampuchea and Comrade Pol Pot in the U.S. comrades," the RPP on this statement.

After the December 2007 meeting in South Carolina between John Sutter, the RPP, John Paul Cupp and Ziad, the short U.S. based leaders decided to join forces under a formal union involving all RPP, commune members, Jewish worshops. Another Walsh documented fascism was joined altogether with the RPP members all meant.



*Literature and propaganda material also sent by the North Korean government to the Rural People's Party (RPP)*

On February 9, 2008, a joint statement was issued in celebration of Kim Jong Il's birthday, announcing "The Songun Politics Study Group (USA)... are pleased to announce the formation of the US Preparatory Committee for the Celebration of February 16th and Red Sun's Day."

"The Committee will be chaired by John Paul Cupp and Zifid Shaker al-Jishi, Chairman of the North American Committee Against Zionism and Imperialism (NACAZAI) will be the Vice Chairman," the statement said. Included in the release was an RPP Statement, a letter to Kim Jong Il from John Paul Cupp and a similar letter from Ziad Shaker al-Jishi, Chairman of the North American Committee Against Zionism and Imperialism (NACAZAI)."

## "Weapons-grade anthrax isn't something some redneck can make on the weekend in his tool shed"

The meeting between the unlikely grouping of white power extremists, Palestinian Americans and a formerly homeless person produced several new elements in the nexus between Pyongyang and their American citizen comrades.

"Cupp did tell me that Woods/Sutter had been talking about having been involved with sending anthrax to the White House," Walsh told *NK News*.

"Ziad had said something similar. I said, 'I seriously doubt that he had anything to do with that. He doesn't have the technical know-how to make weapons-grade anthrax. I have two university degrees, and I have a rough idea what technical knowledge. Weapons-grade anthrax isn't something some redneck can make on the weekend in his tool shed. It takes a great deal of technical and biological expertise and expensive laboratory equipment. It's not a do-it-yourself project for revolutionaries.'"



During early 2008, John Paul Cupp fell in love and became engaged to Jillian Hoy, but their relationship would implode within months amongst accusations of it having been a politically motivated "honey trap" whereby Hoy was accused of attempting to poison Cupp in an alleged RPP bid to take over control of the officially recognized U.S. Songun Study Group.

By the summer of 2008, the RPP, having established their own direct connection to Pyongyang, cut all ties with Cupp. The rivalry was to get tenser, including an exchange of death threats and an alleged assassination attempt.

"Cupp also involves me in sexual relationship with one of the female members and had told me on the telephone that they were to be married. In July 2008, Cupp became severely ill with chronic appendicitis and some kind of lung infection and had to be hospitalized," Walsh recalled in an email to MK News.

"He wanted to talk to his fiancee, and I e-mailed the RPP on his behalf but got no response. When he was released from hospital, she still didn't respond. It was then that Cupp came to the conclusion that it was all come kind of set-up."

Jillian Hoy—who used the name 'Comrade Morrison' in her role with the RPP—was in fact Joshua Sutler's girlfriend—and soon to be wife.

The RPP "concede[ed] the then Songun Politics Study Group USA in 2007 and had very cordial relations with them, wrote Jason Adams-Tonis in December 2011. The head of the Songun Politics Study Group by that time, Jillian Hoy "became the fiancée of the then chairman John Paul Cupp" but in June 2008 the RPP "cut off all ties, unprovoked, with us. Cupp believes his illness was caused by being poisoned by Jillian" and Adams-Tonis charged the "whole RPP action was designed as a government attempt to seize control over the Study Group."

Jason Adams-Tonis added "with Cupp dead, Woods [Joshua Sutler] would have become the study group leader and thus have an inside connection to the DPRK leadership."

"[Suter] later boasted to me that Jillian was in fact his own girlfriend and that he had indeed poisoned Cupp," wrote Adams-Tonis, quoting Sutler as saying Cupp was "insane" and the Study Group "deserved" a better leader.

"In personal conversations I had with the RPP leader, who utilized the pseudonym Woods, Woods told me that he had been a member of Aryan Nations before his 'conversion' to communism and that he feared retribution by Aryan Nations for his defection," according an online post by Adams-Tonis in December 2011.

He wrote that Sutler, in 'statements to me and also to other comrades', tried to recruit them as loyalists to seize control "in his unsuccessful 2007-8 attempt to take over the group."

Cupp had a lengthy hospitalization in July of 2008, but emerged seemingly even more radical in his political beliefs.

> "The content of [Cupp's] political manifestos were extreme enough to draw the pointed but gentle rebuke of Pyongyang directly."

In August of 2008, Cupp wrote numerous public screeds extolling the mass killing of all Jews, support for suicide bombers, Saddam Hussein, Sirhan Sirhan (the assassin of Robert Kennedy), and various calls for a new government to replace the U.S. authorities with a nation populated by an Aryan race.

**CUPP DRAWS PYONGYANG'S DISAPPROVAL**

Cupp posted many of these screeds on the official North U.S. Songun Politics Study Group which was disseminating propaganda sent by and on the instruction of Pyongyang.

- The content of his political manifestos were extreme enough to draw the pointed but gentle rebuke of Pyongyang directly.

---

Picture of Pol Pot on the wall inside mobile home on secluded South Carolina property of the Rural People's Party (RPP) headquarters.

Walsh said it Sutler and Lao were comicsy recalling the conversations, "then it would seem that Woods/Sutler is some kind of government provocateur trying to entrap people by inciting them to use harmless nowder that he claims is weapons-grade anthrax."

Walsh added that North Korea had no control over the white nationalist group, European American Socialist People's Front (EASPF), which he and Cupp ran, because I had veto power over everything there, and I originated a lot of the ideas, and no one in Korea told me to do anything. I suspect the Rural People's Party is run by the FBI, so if the DPRK is having anything to do with them, it's probably not a good idea for them."

In the South Carolina backwoods on April 15, 2008, Kim Il Sung's Birthday, the RPP changed its official constitution to formally pledge loyalty to Pyongyang and their Juche ideology, giving equal status to both Kim Il Sung and Kim Jong Il. Jones, officially adopting Juche as its "guiding ideology" and announcing a new "officially authorized" website which posted North Korean official propaganda "provided to the RPP by the Pyongyang Mission of the Anti-Imperialist National Democratic Front of South Korea (AINDF)."

The RPP also posted a picture of RPP Central Committee member Jillian Hoy holding an inscribed plaque sent to "RPA Supreme Commander Kim Jong Il on the occasion of the birth of his father Kim Il Sung" which was captioned: 'RPP Central Committee member holds plaque for KIM JONG IL presented on behalf of RPP and the Songun Politics Study Group (USA)."

The RPP copied the official policy of the North Korean Ministry of Propaganda and Agitation by using a different, bolder and larger font and type style for the North Korean leader's name.

**THE PLOT THICKENS, THE GROUP UNRAVELS**

But like any good melodrama script, the new alliance also produced a subtext of love, betrayal, and treachery.

And so began what would be a rapidly unraveling political alliance of U.S. North Korea supporters as the U.S. Songun Study Group and the RPP ushered in a tumultuous period worthy of a bizarre soap opera script.

> "The rivalry was to get tenser, including an exchange of death threats and an alleged"

In an email from North Korea to Cupp on September 15, 2008, Pyongyang wrote instructing Cupp to pull no DPRK provided political propaganda from the U.S. Songun Study Group's website and refrain from posting DPRK material on Cupp's incendiary white supremacist anti-Semitic web pages.

"Dear comrade CUPP," the North Korean message began "We would like to make a comradely suggestion to you on the matter of publishing the great Juche and Songun-related photos and articles, great leaders' works, etc. on the Internet. Could you please publish those materials exclusively on the US Songun website and the US Solidarity webpage and not post other DPRK materials on this, and not post those Juche-Songun and DPRK photos and articles on your?"

"That's only for the sake of the dignity and prestige of our great leaders and the DPRK. We hope you will sincerely and ardently follow and revere the great leaders could understand what we mean and soon rearrange the materials on the Internet, please. We're waiting for your reply in this connection and the good news of your better health. With our sincere and comradely regards, Zo Il Min, Representative of the Pyongyang Mission of the AINDF, September 15, Juche 97 (2008), Pyongyang, DPRK."

On September 15, Juche 97 (2008) John Paul Cupp replied to Pyongyang requesting him to tone down his virulent extremist politics.

"I will most certainly, as always, comply with the dictate given to me, and all these articles will be removed and I will comply with the request by this by Sunday... I do believe in...fulfilling the tasks assigned to me. I never ever even remotely wanted to disparage the DPRK in any way, shape, or form... what brought about this concern? Did someone complain? Am I in trouble? I wish to tell you that I have never stopped in my reverence to the DPRK leadership."

> "the DPRK has known we support Saddam, hollowcause revisionism, reject 'Israel' and detest Jews for several years now and sided with us privately on most of that"

But Cupp reacted to this rebuke with alarm to his U.S. comrades. A September 16, 2008 email from Cupp to a half dozen members of the U.S. Songun Study Group with the subject "HUGE EMERGENCY NEWS" said: "I need you to premise me you aren't going to contact the DPRK [...] Someone is fucking with us, and whining up the ass to the DPRK, and crying to them about three things: A. My open support for European-American nationalism (which they probably want and told Zo Il Min I was a KKK lynching or something), our position against the Jews (but they've known that for like 6 years!) and our support for armed struggle to bring down the American regime"

"I mean I told them I laughed my ass off at Sept 11 and they chuckled," Cupp said.

Cupp concluded "We are the most open and honest about not bowing to the Jews and hating America and supporting all international and national violence or other means to stop them...this is a major security issue presumably to work our ties to the DPRK and the DPRK has known we support Saddam, hollowcause revisionism, reject 'Israel' and detest Jews for several years now and sided with us privately on most of that."

His erstwhile comrade, Kevin Walsh, told Cupp that he would have told Pyongyang differently.

"Quite frankly if Zo Il Min had come to me with such a request, I'd have told him to fuck off. No one is going to stop my expressing support for the DPRK, not even the DPRK leadership itself. NACAZAI is an independent anti-imperialist organization, not an agent of any foreign government, no matter how progressive. The Korean Revolution is worthy of defense, even if the leadership no longer think so."

"You don't get to vote in DPRK elections," Walsh wrote to Cupp, "So you don't have any obligation to go along with DPRK decisions. You are not an agent of a foreign government, and for the sake of your legal status, it is for the best that things stay that way."

Cupp did not take North Korea's advice.

Immediately after the rebuke to Cupp from the North Korean government, Cupp posted a virulent message on the Aryan Nations website in support of a White Supremacist U.S. terrorist, David Lane, who had been sentenced to death

and executed after his arrest for a spree of racial and terrorist violence in 2001. Cupp wrote Lane "rests with our martyrs and ancestors for all of eternity" and said it was "time for raising the White Power battle cry.... David Lane is a symbol of our struggle for liberation by any means necessary."Lane recognized that America is the enemy of White people and the world. He taught us to love the White woman with all our hearts, and to defend her with the same fanaticism of Timothy McVeigh... and Palestinian human bombs....On the day when a great army of Aryan guerrillas answers the call, we will honor him through victory and martyrdom. White Power, build the People's War"

**FROM JUCHE CARAVAN TO HINDU TEMPLE. A NEW GOD IN LEXINGTON COUNTY**

On November 19, 2009 Joshua Sutler and Jillian Hoy (aka Comrade Morrison and Cupp's erstwhile enfiancé) married at a South Carolina Apostolic Pentecostal church on the anniversary of the People's Temple martyrdom" to the tune of song "Hold On, Brother" from the People's Temple album 'He's Able', and 'Marching to Zion' used for the movie 'Guyana Tragedy: The Story of Jim Jones" according to Lexington County, South Carolina online Court records.



Jillian Hoy, ride of white power leader, ex-North-Korea advocate, and Jim Jones supporter Joshua Caleb Suiter. Here Hoy, who calls herself a Hindu priestess 'Jayalalita Devi Dasi'is pictured at the rural South Carolina property where the Hindu temple 'Veer Shivi Mandir' is located which imagines the diety Kali, the 'Goddess of Destruction' is located

By 2009, both the RPP and the U.S. Songun Politics Study Group vied for control over the officially-sanctioned U.S. support group for North Korea. In doing so, both groups veered farther into extremist white supremacist and apocalyptic religious politics.

> "in 2009, leaders of the clandestine U.S. White Power movement created another religious organization—a Hindu sect worshipping an apocalyptic Hindu Deity, Kali"

The RPP continues to work within religious circles in line with the axamole given to us by Jim Jones and Peoples Temple, said the RPP in a November 2009 biography written for the University of California at San Diego Center for Religious Studies.

Also in 2009, Joshua Sutler, Jillian Hoy, and other leaders of the clandestine U.S. White Power movement created

Taking on the classes of a Hindu priest, Sutter set up the new Hindu temple in the same rural South Carolinian location as the Rural People's Party headquarters and where the U.S. Conquer Study Group represented by Cupp and the Palestinian-American activist Zaio secretly traveled months earlier to formalize their political alliance.

Sutter adopted an additional new identity of a Hindu Hare Krishna priest calling himself Shree Shree Kalki-Kalus Makain-Sutter's bride, Jillian Hoy, took on the name Jayalalata Devi Dasi, and called herself as a "Hindupriestess".



*Jason Sutter, a former pro-North Korean support group ringleader, now a self-proclaimed Hindu priest, in an illustration created by NK News for this article*

While ostensibly clandestine in its formation using aliases and other tactics to obfuscate who was in fact behind the new Hindu temple, the New Bihar Mandir Hindu Temple used the same mailing address and phone numbers used for the RPP. Public recruitment notices in local newspapers and in peer arse circles listed the physical address as that of the





*area hitherto unfamiliar with ancient Vedic wisdom to engage in this bhakti-yoga (devotional yoga) and commune personally with Lord Kalki and Goddess Kali," reads the New Bihar Mandir MySpace profile.*



*Photo of weapons and other offering to the Hindu Goddess kali at Joshua Sutters rural South Carolina property. Titled "Their Lordships Shree Shree Kalki-Kalavatri , New Bihar Mandir, United States", the photo is taken from the official New Bihar mandir temple website and posted in 2009*

The New Bihar Mandir Face book page, used the slogans "Where Worlds Collide" and "I have become death, the destroyer of worlds "and invites the public to 'Contact us to learn how to get involved in NBM"

The previous year Sutter had professed loyalty to the Hare Krishna sect of Hinduism: "In retrospect I can see just how much my life has been enriched by your work," Sutter wrote in a letter to the head of a North Carolina-based Hare Krishna temple.

[My wife] is now having some of the happiest times I have seen her have since our marriage because of the enriching potency of Krishna consciousness."

## "[We] covertly inserted ourselves into various religious organizations in the rural Lexington County area"

By 2010, in addition to proclaiming loyalty to Pyongyang and their Jucha ideology Sutter and the RPP simultaneously asserted their devotion to white racist Christian Identity churches, the Jim Jones religious cult; a Hindu apocalyptic sect worshipping "the Goddess of Destruction", a mostly black South Carolina fundamentalist Pentecostal church, and the most mainstream Hare Krishna Hindu sect – all within a matter of several years.

A diagramme of the RPP published by the University of San Diego in 2010, and written by Sutter, explains the "recruiting behind the deception" stragagems.



*The many shades of Jillian Hoy: (L) Jillian Hoy in a photo taken during a pilgrimage to visit the former church headquarters of Jim Jones's People's Temple in Los Angeles, (C) Hoy holds an RPP plaque devoted to Kim Jong Il and poses for a photo (R) Hoy in her guise as a Hindu priestess*

During 2008, the Rural People's Party "covertly inserted ourselves into various religious organizations in the rural Lexington County area," wrote Sutter for the archives of Jim Jones's People's Temple. "Many communists might look upon our activity...as suspect, due to what – in our opinion – is a naive belief... that all political activity must by default primarily be "above-ground." These same people seem to forget that Joseph Stalin began his political activity at Tiflis Theological Seminary as a seminarian, and that Kim Il Sung organized many pre-revolutionary anti-imperialist activities while an accomplished organist at his parental Presbyterian church in Korea... at the peak of the RPP's involvement in local Pentecostal and Apostolic circles, two members of our organization were married in a ceremony at a local Apostolic church on November 18th, the anniversary of the Peoples Temple manyrdom."

THE NEW BIHARD MANDIR WHITE SUPREMACY CONNECTION

The members of the New Bihar Mandir temple include a veritable who's who of North American white power activists. They include a Minister Black' identified as Works at New Bihar Mandir and a former white power activist James Porrazzo the former leader of the American Front, once the largest white power neo Nazi group in the U.S. , Bill Whitey' Pierazzo, Porrazzo's girlfriend in Massachusetts and convicted of an anti-Semitic assault and hate crime on an elderly Jewish man in 2010; Jayalalata Devi Dasi of Lexington, South Carolina who is Jillian Hoy of the Rural People's Party and Joshua Sutter's wife; 'Rex Morgan' a white power activist with a history of involvement in Satanic cults, and Chris Hayes a long time white supremacist activist with the American Front.

## "The Aryan is white and noble in contradistinction to the black and ignoble."

This group all using numerous aliases, are affiliated with white supremacist groups, Satanic cults, and underground political groups who call for the violent armed overthrow of the U.S. government.

On James Porrazzo's web site "OPRAHREVOLT" he posted an article "NOTES ON THE BHAGAVAD-GITA" on August 13, 2011 which begins: "We assume, quite justifiably, I think, that the Bhagavad-Gita sets forth Aryan philosophy. The Aryan is white and noble in contradistinction to the black and ignoble. This book when if Aryan, must give us a noble system of philosophy and ethics."

The BNOB concluded with "The post appeared to be sincere..." [faded text] anonymous Krishna Conscious Spirituality [faded] ... government attempt to infiltrate the American Songun movement and the DPRK. Cara to comment on the allegations?" Tonis wrote. "I wish you would be more open with me, a Communist party is supposed to be a family but how can we ever become a family when you don't even tell me your names?"

"All you do is keep secret, said Tonis, "Secrecy is important for some kinds of political work, but how can you even build a party if we don't even know each other's names?"

The message was not well received.



Jillian Hoy at Hare Krishna ceremony at Hare Krishna temple retreat in North Carolina in 2009

On July 4, 2012, on the white separatist web site run by Porrazzo, "American Front", there is a graphic labeled as the artwork of Hare Sitar Mandir dedicated to the military unit of suicide bombers of the Sri Lankan LTTE, listed as a terrorist organization by the U.S., the EU and others.

ENTER JASON ADAMS-TONIS AND THE FBI INFORMANT

In late 2009, John Paul George and Kevin Walsh got into a confrontation with Joshua Sutter and James Porrazzo of the Rural People's Party over a young recruit by the name of Jason Adams-Tonis.

A New York University college student from New Jersey, Tonis had contacted the RPP earlier in 2009 interested in working with U.S. supporters of North Korea. Tonis was unaware about the ongoing clash between the U.S. Songun Politics Study Group, and was taken aback by the RPP private denunciation of the Songun Study Group, and contacted them.

> "Someone has told me that your leader, Woods, was formerly a member of a white gang. And he few others did something, got caught by the cops, and Woods snitched to avoid going to jail."

Tonis then contacted Cupp in the U.S. Songun Study Group who denounced the RPP to Tonis as possible government informants. On August 25th, Cupp wrote to Walsh, saying that Tonis told him he had "contacted the RPP some time back and they claimed to be the real representatives of the AINDF in the US! I made clear to him that they only time the AINDF ever contacted them was at my suggestion to which I take enormous self criticism."

Tonis wrote to the RPP head Joshua Sutter afterwards on October 31. "Someone has told me that your leader, Woods, was formerly a member of a white gang. He and few others did something, got caught by the cops, and Woods

Suiter replied back, saying "Consider all friendships between us as ended. This email is being forwarded to the Special Dictatorship Group intelligence apparatus of the party as facsimile copy. Please retain any and all materials we party has sent you to the party post office box. Should you choose not to reciprocate in the requested manner, we will take other measures"

On November 3, Tonis emailed Cupp in panic. With the subject line I think the RPP is coming after me, Tonis wrote "toch my god....I just got an email from the RPP, they're making some sort of threat against me, what should I do?"

John Paul Cupp responded Tonis regarding the conflict in an email, saying "Okay so it looks like we are going to wind up getting stuck with an ugly fight with the RPP, maybe even literally."

"Woods went nuts and is basically threatening to kill Jason in not so many words....I think he is afraid the RPP is going to send some ZOG agent to kill him and his family," wrote Cupp.

> "We cannot promise they aren't crazy enough to try killing him"

Cupp decided to "avoid confrontations that needlessly waste literally years of our time or get people killed and locked up" and opted to warn Joshua Sutter that he would publicly identify him by his real name and his white supremacist past unless he backed off.

Cupp wrote that he told Tonis "we cannot promise that they aren't crazy enough to try killing him" and that "I have already told him about my lung stories and true or not he is sure I was poisoned so he will listen."

"We [could] avoid these people and not waste years fighting with them," Cupp concluded, "but if we do, we fight them ruthlessly. I also genuinely think one of two things, either a) Jason is some sort of agent or tool or b) his life is in serious danger. Woods is crazy enough that if he feels all is lost, to just drive up to such said address and kill him. He really is that nuts. He'd do that in me, also."

"I am concerned that lots of well meaning sort of national communistic types, both White and Black are going to contact the RPP in the next few years looking for options 'outside the box' and could wind up dead or seriously harmed," Cupp said. "At some point we need to eliminate the RPP, likely for now we can if it can implode. If it doesn't we make clear who they are out in the open and destroy them, but first get inside their allies so these people know who they are dealing with."

Cupp's 2010 conversion to Islam did not ring true with Kevin Walsh, who broke all ties with Cupp and resigned from both Niacasi and the EASP. "In March 2010, Cupp made a public and obviously false conversion to Islam on Faca book three weeks after posting on a Faco book group that he had himself founded called "Aryan Atheists," Walsh said.

Cupp was eased out of the leadership of the Pyongyang-recognized U.S. Songun Politics Study Group, and was replaced by Jason Adams-Tonis by February 2011.

Tonis wrote in December 2011, the Study Group said: "In February 2011, John Paul Cupp's mentally ill state and devolution reached a point whereby he totally abandoned Juche and communism. Jason-Adam Tonis was left to take over leadership of the group and try to rebuild it."

Jason-Adam Tonis "decided to lead it in a strictly orthodox Juche-Songun framework, away from racism and all those who supported racist ideas. Jason-Adam Tonis since 2009 had always opposed John Paul Cupp's white nationalist line but his attempts to lead Cupp back to the orthodox Juche camp always ended in failure due to Cupp's increasing

[column continues]

mental illness."

> "Mr. Tonis was at that same time campaigning for 'Prime Minister' of a Japanese based political organization called the Manchukuo Temporary Government."

TONIS: A TEMPORARY PRIME MINISTER OF A TEMPORARY GOVERNMENT

The transition, however, was far from smooth and Jason-Adam Tonis's promotion in February 2011 hardly brought a semblance of harmony to the U.S.-North Korea political movement.

In fact, Mr. Tonis was at that same time campaigning for "Prime Minister" of a Japanese based political organization called the Manchukuo Temporary Government. The Official Website of the Manchukuo Temporary Government states on May 28, 2011 "Mr. Jason Adam Tonis was elected as the new Prime Minister."

The state of Manchukuo existed as a puppet state of Imperial Japan between September 1932 and the 1945 Russian invasion, and was the site of some of the worst atrocities committed by the Japanese military and is a symbol of Japanese imperialism and aggression to many Asians.

The sovereign rights and ruling right was handed to the Temporary Administrator Mr. Jason Adam Tonis," announced the Manchukuo Temporary Government in April 2011.

Their manifesto includes the statement: "We will emphasize in watching the Korean peninsula's religion. If the two Korea are at war with each other [sic]. We will no doubly declare war on North Korea to fight the totalitarian Kim regime and liberate the North people [sic]."

JAMES PORRAZZO: THE PRO-NORTH KOREAN WHITE SUPREMACIST

An increasingly prominent figure among U.S. citizens supporting North Korea in recent years is James Porrazzo.

Porrazzo became a key figure in pro Pyongyang activist circles in America when he was arrested from prison in 2007 of 2008 after a stint for selling illegal growth hormones used by athletes to increase strength.

He was also former head of the largest white supremacist group in the United States, the American Front.

Founded in 1987, the American Front was affiliated with racist groups such as the White Aryan Resistance, and gained publicity for tracking U.S. chat show host Geraldo Rivera's nose live on his television show. Starting out as a White Supremacist skinhead group targeting blacks and Jews, it soon went through numerous internal power struggles and ideological programs.

> "In 1998, Porrazzo was arrested for assault against an anti-racist activist in Springfield, Missouri, given a one-year suspended sentence and ordered to give up racist politics"

American Front members committed numerous violent racist hate crimes in the 1990s. In 1991, police officers searching a Saberfrom, Oregon residence found a "hit list" of Portland police officers. In 1993, in California and Washington states a series of bombings targeting blacks, gays and Jews were attributed to the American Front. The U.S. Attorney in Washington State said the American Front were part of a larger conspiracy to incite a race war.

"Their racism comes "fascist interest Marxism and books for White people in North America."

In 1998 James Porrazzo took control of this group and moved to Arkansas where he professed an ideology known as

"Third Positionism" – an amalgam of far right racial politics and leftist communist economic policies which had its roots with the European fascist right.

In 1998, Porrazzo was arrested for assault against an anti-racist activist in Springfield, Missouri, given a one-year suspended sentence and ordered to give up racist politics.

"By the early 2000s," the anti-racist Anti-Defamation League wrote, "Porrazzo had largely run the group into the ground and it was Porrazzo's approach to Islamists which seems to have been the final cause of his undoing." "The group promoted not only Hamas and Hezbollah, but even Al Qaeda's Osama bin Laden. After 9/11, that kind of promotion "inspired some heavy state harassment and severely limited our ability to safely expand or organize," Porrazzo said.

Porrazzo advocated "socialist revolution in a racialist context," explaining "We propose a workable, realistic alternative, and that is Separatism! White autonomy, Black autonomy, Brown autonomy and death to the current twisted system.... The only other obvious route would be an eventual winner take all race war. I don't think anyone with any sense would want that..."

After the September 11 terrorist attack, Porrazzo disappeared from public activism. The American Front was taken over by another "violent-white-racist, David Lynch, who was murdered by an assassin on March 2, 2011.

Like many of U.S. citizens supporting North Korea, Porrazzo goes to great lengths to hide his racial identity and obfuscate his real political agenda by using a myriad of pseudonyms and front groups. In doing so, he and his confederates continued to try to lure potential supporters to their true political beliefs.

A careful dissection of their complex web of front religious cults, White Supremacist groups, and neo Nazi front organizations all lead back to the same core group of people and extremist political objectives.

> "In 2008, Porrazzo, a long time member of the U.S. based Hare Krishna Hindu sect, joined forces with Joshua Sutter in the RPP."

In a March 2011 interview with Polish National Socialist organization XPortal, Porrazzo explained "The American Front took "what we could from left-wing sources" but a "very influential" ideology was what was called "occult fascism", this on top of the foundation of our having been America's first national "Skinhead" organization" and "very importantly from Gaddafi's Green Book."

"One of the areas we worked heavily was in White nationalist resistance movements towards the Globalists. This study would backfire on American Front when Sept 11th occurred" which resulted in "heavy state harassment and severely limited our ability to safely expand or organize. By 2002 we voted to put American Front into a 'tactical hibernation' until we felt the session was better suited for us to act openly."

In 2008, Porrazzo, a long time member of the U.S. based Hare Krishna Hindu sect, joined forces with Joshua Sutter in the RPP. He was also was a leader in the 2009 formation of the New Bihar Mandir temple.

In a series of August 2011 email communications between a group of racist anti-racists, one American Front member, Kent McLellan, broke with Porrazzo and detailed his political activities.

I'm done with American Front," wrote McLellan. "James Porrazzo, former leader of American Front... is a convicted OHB pedofil, as well as sexual contributor to Libya. (In fact in 2003 Libya tried to give him $3 million but was denied by the US government) [...] He also [believes] in Hindu Satanism/Islam."

Kent McLellan, at the time was an avowed white supremacist who had spent time in prison for racist hate crimes.

TYLER MOSES AND THE UNITED JUCHE FRONT OF NORTH AMERICA

On November 17, 2011 the United Juche Front of North America was created by someone using the name "Tyler Moses."

Tyler Moses was an alias used by Joshua Sutter. In 2002 while serving as the "Pennsylvania state coordinator" for the Neo racist terror group Aryan Nations whereby prior to his arrest for buying illegal weapons from an undercover "federal" law enforcement agent in a plot to launch a bombing campaign in the U.S.

"The sole values of The United Juche [...] as application of Songun and Juche based [...]

"We recognize as Americans that support of the DPRK is seen as a hostile act and are acting in accordance [with] the engagement of growing external enemy lines.

Just as Woods woods was the alias used by Sutter as head of the Rural People's Party, Tyler Moses was the alias he used to coordinate a White Power march on Washington D.C.



*Jillian Hoy, who also claims to be a disciple of the mainstream Hare Krishna sect, holds up Hare Krishna literature at a rival South Carolina library in 2009*

In his time as leader of Aryan nations Sutter also used his real name and other aliases, including the name Wulfran Hall. In his incarnation as a Hindu priest for the New Bihar Mandir temple he assumed the name Shree Shree Kalika-Kalki. In other covert communications with outsiders he used the name Stephen Browne.

But numerous South Carolina, online, and other records show that all these identities are, in fact, Joshua Sutter. They share birthdates, marriage dates, telephone numbers, and addresses.

### THE BID FOR PYONGYANG RECOGNITION

In December 2011, in an apparent attempt to seize control over the organization and become the only official organization supporting North Korea in the U.S., Joshua Sutter and James Porrazzo, used the RPP, New Resistance and another pro-Pyongyang group created using pseudonyms to attack the Pyongyang-recognized leadership of the North American Juche-Songun Ideas Study Group.

## "The Juche movement in North America has been hampered in its development because of the study group's former chairman John Paul Cupp's deviationism from Kim Il Sungist Thought"

"A few weeks ago, a man using the name Tyler Moses formed a group calling itself the Juche this man was also an Aryan Nations figure and he claimed also to be a Hare Krishna and member of New Bihar Mandir, as part of our

[...]

expressing profound condolences over the demise of leader Kim Jong II.

"They included," the article said, "the North American Group for Study of the Juche, Songun Idea in the U.S. and the North American Committee against Division and Imperialism."

### EPILOGUE

The 2011 split amongst U.S. Juche supporters did not usher in a new harmony.

The U.S. Juche Study Group became wary of infiltrators. "Advocates of a global melting pot may not find this the group for them. While parallels can be drawn between the Great Leaders' ideas and those of third positionists, they are notoriously filled with police officers, would-be-terrorists and a whole host of other shady folks and we ask that if you're a member of any of these types of groups, stay away from us."

The most prominent advocate of third positionism, James Porrazzo, explained his political stratey in March 2013.

"We look from following sources" and the "very influential ideology of 'occult fascists'," calling American Front "America's first national 'Skinhead' organization."

"We studied heavily the Islamic resistance movements" which "backfired on American Front when Sept 11th occurred" with "heavy state harrasment severely limiting our ability to expand. By 2002 we voted to put American Front into 'tactical hibernation'."

In 2009, Porrazzo sabotaged rival 'bandit groupings', disrupted it and reestablished American Front as a National Revolutionary movement.

In March 2011, American Front leader David Lynch was assassinated and Porrazzo attempted to seize control. Law enforcement infiltrated the group and uncovered a murder plot against to Porrazzo by rivals, conspiring with [white power group] Combat 18."

Porrazzo recruited American Front members to his New Resistance group promoting North Korea, racial superssism, and the overthrow of the U.S. government

In May 2012, 14 American Front members/area arrested plotting "race war" and charged with stockpiling weapons, paramilitary training using automatic weapons, and murders of political enemies.

Porrazzo's rival sidelined, he disbanded the group and its website, directing to links in New Resistance, FBI documents show Porrazzo threatening challengers to his leadership.

"We 'cleared the slate' continuing our revolutionary efforts under a new banner... and New Resistance was born. Anyone claiming to be American Front is a renegade," Porrazzo said in March 2013.

On March 18, 2013, the far right Russian Defense League named Porrazzo its "Ambassador" to the U.S.

May of 2012 also saw renewed infighting within the U.S. Songun Politics Study Group.

Despite Jason-Adam Tonis's claim of moving away from racist politics after rising over from the Muslim convert John Paul Cupp, private emails obtained by NK News show Tonis denigrating rival U.S. DPRK sympathizers as "all Jews or else fags."

"Have you never heard of a group called the American Front? SutanWoods is now working with them. Tonis wrote white supremacists Kevin Walsh, "I've made received "death threats...because I believe bloodline is the main determinant of nationality 'as Kim Jong II postulated' adding "comrade Woods aka Joshua Sutter came back under a new alias and tried to steal control of the group by accusing me of being a CIA agent."

Walsh replied "The WWP are a bunch of Jews" and "I don't believe any thinking person would take "Woods" seriously. My advice is to cut off all relations with anyone who wants to work with Woods. Those who want to work with me are either government agents or too fucking stupid to be of any use to you.

However Walsh also chastised Tonis' claims of renouncing white supremacy. Walsh—a committed racial separatist and anti-Semite—objected.

"I maintain that white nationalism is the correct interpretation of Juche for the European–American community and is in no way incompatible with communism. The Korean people in the north keep their blood pure, and so should the European–American people," Walsh wrote. "Tonis didn't have a problem with this in 2009. Whatever the ultimate cause of Cupp breaking with Tonis, Tonis not renew nationalism I suspect sincerely with the Korean people against

---

The statement continued: "Over the past several years, the Juche movement in North America has been hampered in its development because of the study group's former chairman John Paul Cupp's deviationism from Kim Il Sungist Thought and his deviations with anti-communist philosophies such as 'white nationalism'.

Cupp's deviations had run in going many dangerous and swayed people into the group, two of these individuals were Nicholas Caleo Sutter and James Porrazzo. The statement read, referring to the former leader of the Aryan Nations and the former head of the American Front.

The fault for these matters rests solely upon John Paul Cupp and his adoption of a pro-white nationalist line man is not alone so Cupps Porrazzo and Joshua Sutter would never once have ever been considered for a moment to be validly qualified to be members of this study group, from now on we will pursue a more vigilant anti-racist, anti-white nationalist policy.

The statement concluded "The North American Juche-Songun Ideas Study Group repeats and reaffirms our warning to all comrades and friends of the DPRK and Juche toward James Porrazzo and his New Resistance group."

Porrazzo and Sutter lashed back, creating another front group, the Swords of Songun and went public with attacks on Tonis the same month.

Swords of Songun was a newly created pro-North Korean web page that posted propaganda it also obtained from the North Korean government describing itself as the journal of Juche Truth, a North American National Revolutionary think-tank focusing on the study of Juche Truth.

But its sole posting was a vitriolic screed against Tonis titled "A warning to all Revolutionary friends of the Democratic People's Republic of Korea and Juche Thought: This silver spoon fed NYC metro-sexual exposed," contending "Tonis's true beliefs as the Manchukuo group is obsessively pro-Japan and anti-China, anti-communist (Tonis professes to be pro-Stalin and likes to some he is spying on), anti-"racist" (Tonis also advocates racial separatism to others he spies on) and most disturbingly militantly anti-DPRK."

Swords of Songun spewed venom at Tonis saying "He tongues the toes of the Japanese along with his Manchu reactionary cohorts as if they were his 55 year old tranny possible police contact / boy-girlfriend's – then he attacks the Japanese attempting to curry favor and trust with the DPRK" and threatened Tonis with death.

"Tonis went too far when he tried to infiltrate the New Resistance. In addition to whatever harm he has caused to the DPRK through his weekly contacts with DPRK representatives... turbulence was spoiled between Juche Front and NR"

## "After the Revolution he will answer for his crimes."

New Resistance is a clandestine front organization controlled by James Porrazzo, and include many hard-core members of extreme right wing white supremacists that had their origins in the Aryan Nations and American Front of the 1990's and early 2000's.

The Swords of Songun website, aside from posting long sections of official North Korean propaganda detailing Juche ideology and praising the Kim dynasty, attacked the U.S. Songun Study Group and its leadership. Jason-Adam Tonis... has repeatedly tried to drive a wedge between New Resistance and other revolutionaries in North America and the Eurasian Movement led by Comrade Alexander Dugin. This will not continue. New Resistance urges all revolutionary organizations to break communication with Tonis, and his fake Juche honey traps-ploy-work."

After the Revolution," the article warned, "he will answer for his crimes."

But the dissension within the U.S. group, not to mention the extreme racist and white supremacist public views of its top leaders, did not stop the North Korean government from heralding the U.S. figures in their official media.

On December 19, 2011 Kim Jong Il died.

One week later, the official North Korean state media said in an article headlined "Organizations of Foreign Countries Mourn Demise of Kim Jong Il" said that "Different organizations of the world sent letters.... on Dec. 19 and 20,

---

imperialism, but I don't knowingly work with liars, hypocrites, fraudsters, and traitors. If the Korean people want to work with such people, more the fool they."

Tonis replied to Walsh with a violent threat. "The Juche party is based on obedient unity around the Leader. As leader of the US study group I demand you submit to me and follow my orders. If not then, the next time I'm in Arizona, I'll gladly crack your skull open."

"I must make self-criticism for wasting too much time and been too patient with hypocrites and cowards. I am making an implied criticism of the Koreans for having such blokes as Cupp represent them in North America, but in their defense, they probably didn't have a whole lot of volunteers come forward and couldn't be terribly choosy. In any case, I wish the Korean people well, but I will sever all relations with this particular group."

John Paul Cupp did not reply to messages seeking comment. Using the name Walid Cupp, he said, "I support the Korean [stance] against American Imperialism, but I have been a practicing Muslim for a few years now and no longer am directly involved."

Jason-Adam Tonis responded to NK News interview requests saying "I've not been in good health lately and have been unable to reach a computer. Of course I would love and am always ready to talk about the DPRK and Americans such as myself who are supporters of it." He did not respond to further questions in a subsequent emails. Neither Joshua Sutter or James Porrazzo responded to messages left for them.

Tweet

### Recommended for You



**High-level talks: A North-South turn for the better?**

Like in my own country, the weather in Korea can change very quickly. The political weather, I mean. The literal weather in Korea is much more predictable; unlike in the UK, where it can rain at any t...

AFFIDAVIT OF GWENDOLYN TOYNTON
----------------------------------------

I, Gwendolyn Toynton, hereby aver under penalty of perjury this 24th day of June 2016, that the following is true to the best of my knowledge, and, ability.

1)    I am a resident of Australia, over 18 years of age, and, I have never been convicted of a felony.

2)    I have personal knowledge of the events described herein.

3)    On 27th May, a Facebook post was made by James Porrazzo, the current leader of the American Front, now called Open Revolt, Greenstar, or, New Resistance.

4)    The post was made in a closed group on Facebook owned by James Porrazzo, and, was a defamatory post about Bill White.

5)    This post discussed a blog post made on the Green Star / American Front website by an author using the obvious pseudonym of "Vladimir Widerstand."

6)    James Porrazzo reposted the page to his closed group, and, was discussing it in depth there, causing me to believe that he was the author.

*G. Trav.-*

7)    The article is entitled "Nazi Nutjob Bill White: From Informant To Fugitive," and, was dated the 27th May 2012.

8)    The content of the article is as follows:

"Looks like the ever repugnant Bill White has broken his contract with the pigs, and, gone 'fugitive.' We warned all who'd listen the whole script Team Snitch-White were selling of 'A federal district court overturned convictions on First Amendment grounds and White was released in April 2011 was something only an imbecile or a nazi would believe. Yes it seems White was on Federal Probation the whole time trading info for freedom points. That is until he realized his treachery was exposed and he made his dash for the border before he ended up experiencing some real justice. What follows is the Roanoke newspaper clipping about Herr White being on the 'lam' ... note no mention of overturned convictions at all -- a nice attempt at concealing one of the Feds informant programs is our best guess!"

9)    In the closed group, further remarks were passed by James Porazzo and the remaining members of the American Front including threats of physical violence and implications that Bill White should not only be ostracized by them but that he should be killed.

10)   I believe that Bill White was aware that the American Front harbored animosity towards him, thereby rendering it unlikely, in my opinion, that he would be attempting

negotiations to have some of their members released.

11)   On the 27th of May, 2012, I was "friended" by a sock puppet account on Facebook under the name of "Thugee Berham."

12)   Thugee Berham was the head of the Thugee cult in Hinu, and, is the most prolific serial killer in history, with over 900 murders attributed to him before he was tried, and, hung.

13)   A close examination of the account revealed that it ~~was~~ *was* possibly owned by a ~~business~~ *close friend* of James Porrazzo, and, used to stalk, *G.T.* and, harass, people over Facebook.   *G. Toyt.-*

14)   On May 27th, 2012, a threat was made in the closed group run by Porrazzo by Thugee Berham stating that "we were nice to his person," meaning myself, and, that "they shouldn't complain about anything that may happen."

15)   I also received a message from James Porrazzo that day asking if everything was okay, and, "if we were still friends."

16)   I assumed at the time that Porrazzo suspected that I knew of something under-handed he had done involving Bill White.

17)   James Porrazzo has a reputation for making defamatory comments, and, harassed a multitude of others for not endorsing his new political platform over the internet.

18)   ~~Immediately following the conclusion of the two~~   *Not correct* simultaneous trials in Florida, Bill White's, and, Marcus Faella's, I received an angry, and, blustering, email from James Porrazzo demanding that I take a statement offline that was detrimental to his anti-USA political schemes, *because* *He believed I had written a post about on him another website. This incident is not related.* *Nst § correct*   19)   ~~When I did not comply, he then proceeded to try, and,~~ *No p.11 which* ~~extort me, to remove the post by inferring that he'd~~ ~~deliberately damage my business relations.~~   *A. Toyt.*

20)   At exactly the same time as this, another friend of mine *on Facebook* was threatened with an "Isis style beheading" by someone connected to Porrazzo for the same reason, not supporting the platform of Eurasia, and, criticizing its anti-American, and, pro-Islamic, stance.

21)   ~~Since Bill White's post-conviction proceedings have~~ *not correct* ~~begun in the Western District of Virginia, I have received~~ *To Toynt* ~~additional messages from Porrazzo designed to discourage my~~ *all people associate with him get blocked since* ~~testimony in this matter.~~ *I have had Porrazzo and* *the incident referred to in point 19.* Having so averred, I sayeth no more.

*G. Toyt.-*
Gwendolyn Toynton
PO Box 397

Australia

I have personally reviewed numerous documents, including
documents provided by the United States, the Orange Country Sher-
iff, and, other sources, regarding an FBI-JTTF disruption operat-
ion, and, counter-intelligence operation, which targeted both
white nationalist organizations, and, the foreign governments of
North Korea, Russia, and, others, during the period 2001 to the
present.  The most relevant of over 50,000 pages of documents
which I have reviewed are:  FBI documents related to the National
Socialist Movement dated 3/8/2006, 3/20/ 2006, 10/23/2006, 11/2/
2006, 10/31/2006, and, 11/11/2006.  I have also reviewed docu-
ments from the FBI showing that the FBI created the National Soc-
ialist Movement in 1975, including one document in particular
dated May 5 1976.  I have also obtained transcripts of phone
calls which were prepared by the United States, and, heard the
original tapes of those transcripts, which depict an FBI inform-
ant named Michael Burks making threatening phone calls, including
to the NAACP, a synagogue, and, an attorney in a civil suit
against me, and, attempting to implicate me by using my identity,
or, the identity of the American National Socialist Workers' Par-
ty ("ANSWP"), a group that I was involved in, in those calls; the
calls were made from February to October 2008.  I have also re-
viewed court records in United States v Turner ED NY Case No: 09-
0650, United States v Kreis 474 Fed Appx 370 (4th Cir 2012), Un-
ited States v Sutter  ED Pa 03-MJ-137-1, United States v Gulett
WD La Case No: 05-cr-023, Krasniqi v Boaz MD Fl 15-cv-0293, Plow-
man v Boaz MD Fl Case No: 00-cv-259, and, the Osecola County,
Florida, Circuit Court Cases Florida v Wyczlinski  Case No: 12-
CF-1847A, Florida v Faella Case No 2012-CF_1748, and, other
cases.  I have personally heard an interview given by Brian Hol-
land on Coast to Coast AM, a radio program.  I have read the
book Undercover Nazi by David Gletty.  I have reviewed media ac-
counts, including "White Power And Apocalyptic Cults:  Pro-DPRK
Americans Revealed" published by NKNews.org on 2/12/2014, "Beat
Back The Lies Of NKNews" published by MaoistRebelNews.com on
5/13/2013, articles published by the Orlando Sentinel on 6/8/-
2012, 5/13/2013, 1/13/2014, 2/6/2014, 2/15/2007, 9/1/1991, 12/-
13/2000, and, on other dates, articles published by the Southern
Poverty Law Center Intelligence Report on 10/14/2005, and, 8/25/-
2012, posts on the christian-identity.net, and, phora.net, web-
sites between 2010, and, 2012, by persons utilizing my identity,
an article posted on the AmericanFront.net website on May 27,
2012, and, other materials.  I have also reviewed the personnel
files, in part, of Kelly Boaz, and, Robert Killian, FBI-JTTF
TFOs in the operation, and, have particularly reviewed the pro-
fessional standards reports of both persons, the performance ev-
aluations of Boaz dates 3/18/1994, 2/14/1995, 3/9/2009, 8/3/2012,
and, 2014, performance evaluations of Killian dated 6/19/1998,
5/3/1999, 6/4/2002, and, 10/5/2012, a letter in Boaz' file from
the Palm Beach Police dated 1989, a partial Seton Award Memoran-
dum dated 9/8/1994, a reprimand of Boaz dated 8/23/1996, certi-
ficates showing that Boaz received computer training      in
4/3/1997, and, FBI Online Covert Employee training 8/25-29/2014,
letters regarding Boaz from FBI SAIC Steven R Ibison 12/2/2011,
a letter from FBI A-SAIC Robert C Geeslin 3/14/2013, a certifi-
cate showing training by Killian in "Gangs, Cults, and, Satanism"
Killian's official photograph, and, documents regarding Killian's
transfer from Intelligence to Court Security 7/19/2010.   I have

also reviewed a memorandum of understanding regarding the Middle District of Florida Joint Terrorism Task Force. And, in correspondance with the FBI, I have received letters regarding myself, "Operation Primitive Affliction", and, the "1st SS Cavalry Brigade", among other subjects.

The documents listed above, and, other documents, in addition to my personal knowledge, indicate that, since 2001, the FBI's Joint Terrorism Task Force has been conducting what their internal documents refer to as a "Countering Violent Extremism Operation" against persons whom their documents, and, Gletty's book, affirm were "law abiding citizens". Both Gletty, and, a memo from FBI SA Andrew Lenzer, included in Boaz' personnel file in his 1/5/2010 performance evaluation, refer to this operation as a "disruption operation." I know from review of the 1976 Church Committee reports that a "disruption operation" is a kind of counter-intelligence operation in which FBI agents, and, informants commit crimes against their targets to disrupt their lives, including conducting surveillance, using information gathered to spread rumors about the targets, to interfere with the targets' business or employment, to disrupt their personal lives lives, and, to cause them to be investigated for crimes. According to Gletty's book, the testimony of Jason Hall in Faella, the 1/5/2010 personnel report, letters from the FBI in Boaz' file, and, the Memorandum of Understanding, this operation was briefed on a daily basis to FBI Director Robert Mueller III, was led by SAIC Carl Whitehead, and, then, Steven E Ibison, followed by A-SAIC Robert C Geeslin, and, was directly conducted by SSA Lenzer SA Kevin Farrington, and, SA Daniel Toft.

According Gletty's book, Turner, Holland's statements, the NKNews, MaoistRebelNews, Intelligence Report, and, Orlando Sentinel articles, Sutter, Gulett, Kreis, and, Hall's testimony in Faella, informants in this operation included Gletty, Turner, Holland, Hall, James Porrazzo, Joshua Sutter, James Logsdon, Rick Spring, and, others. According to the same sources, at least Gletty, Spring, Logsdon, Turner, Holland, and, Hall, were substance abusers, particularly of cocaine, during the course of this operation. Each informant describes making fantastic reports about alleged acts of terrorism, including Gletty's report that a "mountain man" with 30 "suitcase nukes" was planning to destroy American cities for "al-Qaeda", Boaz' claims regarding an "Aryan Nations" group which he created, and, Turner's claims that I was planning to assassinate Barack Obama with a "truck bomb", and, that Logsdon was plotting to assassinate Barack Obama with "mortars". Further, the FBI circulated false documents internally regarding their NSM, and, their own informants, being "terrorists".

According to Gletty's book, Gletty was involved in committing hate crimes in Morrisville, Alabama, a mob assault in Toledo, Ohio, and, stood aside while other violent crimes occurred in Florida, as part of the operation. Turner's court records, and, related media reports, show that Turner broadcast a radio program in New York City, New York, on 92.9 FM, where he called for public officials to be murdered at the direction of the FBI. The NK-News article refers to the attempted murder of John Paul Cupp by Joshua Sutter, and, James Porrazzo. Gwendolyn Toynton, who has provided a sworn declaration, has stated that she was threatened by Sutter, and, Porrazzo, as have others, including Jason Adam Tonis. Toynton also states that Sutter, and, Porrazzo, in May-April 2012, were discussing murdering me.

The documents named above also show that the FBI-JTTF set up

-18-

a number of other groups, and extremist groups and organized "notional" extremist events, all as part of what Gletty describes as a plan to "spead paranoia". These groups include the National Socialist Movement, created by FBI CI Robert Brannen in 1975, the "Aryan Nations", one branch of which was created by the FBI in 2005, the "1st SS Cavalry Bridge" a false biker gang created by the FBI in 2008, pro-North Korea groups, and, Satanic cults, including the New Bihar Mandir Temple.

## GFR 8(a):  Counsel Was Ineffective For Not Presenting Evidence That I Was Being Impersonated

Since 2002, I have been impersonated by various persons who, when identified, have invariably turned out to be FBI informants.

As examples of this conduct, in WD Va Case No 08-cr-054, the United States attempted to introduce evidence against me of a Wikipedia article which they admitted in an off-record sidebar that their own informants had authored; in that same case, the United States included in the indictment evidence of a blog, "Soldier of ANSWP", which claimed that I had conspired with a man named Eric Hunt to kidnap author Elie Wiesel. Though both Hunt, and, I, gave statements under oath that we had not authored the blog, and, had not known each other prior to Hunt having sent me a public statement about his kidnapping of Wiesel,the government introduced this evidence until, in a hearing on a motion to strike, they admitted that it could not be authenticated. In In Re: White (United States v Henry) the informant Burks, described supra, made the aforementioned calls in an effort to implicate me in obstructing the proceedings. In December 2007, a federal informant named Matthew Ramsey sent racially intimidating letters to my tenants in an effort to disrupt my rental business. In 2002, I first became aware of this campaign of disruption when a person posted to the NimBusters.org website, which was referenced in this case, that they had made threatening phone calls in my name to the offices of then Congresswoman Connie Morella (R-MD). I am aware from FBI documents that persons impersonating me have engaged in numerous similar acts, including threatening phone calls to talk show host Greta Van Sustern, and, country music singer Trace Adkins. And, in October 2003, a person, later traced to a computer in Sacramento, California, hacked into two websites which I worked with, VanguardNewsNetwork, and, ShopWhite, and, then, used my identity to threaten to kill then President George W Bush. Further, a person used credit card numbers stolen from those websites to make donations to another website which I owned, Overthrow.com, in an effort to implicate me in credit card fraud.

In November 2010, while I was in prison, a person using the same idiosyncratic language that I associate with the NimBuster website, and, which is used in an article posted about me on the website AmericanFront.net May 27, 2012, and, authored by James Porrazzo, registered an account on christian-identity.net, a messageboard associated with the FBI-JTTF notional Aryan Nations, called "Bitchtits Bill White Obersheissenkopfenfeebenfattenfuktard fuehrer". This person later linked to posts using my name on the website Phora. In April-May 2011, I reported these impersonations to my Probation Officer Mike Price.

During this same period of April-May 2011, I received an email from an FBI-JTTF agent associated with Kelly Boaz, and, the FBI-JTTF operation, who purported to be a member of a National

Socialist group in the Ohio area. This time, I refused to join said group. I refused, and, also reported this approach to Probation. And, later in 2011, anonymous letters, signed with my name, were sent to my wife Meghan White, with whom I am estranged, at her work, whose location I did not know, and, to US Attorney Timothy Heaphy from a prison, though I was not in prison at that time. A title company processing a real estate transaction for me also received threatening phone calls from a person claiming to be me. I did not send any of these communications.

That I was being targeted by an FBI-JTTF disruption operation that was authorized to commit crimes using my identity was reasonably knowable to counsel before trial had trial counsel investigated. While many documents were withheld by the United States, trial counsel could have contacted Mike Price, or, shown that the threats associated with me in 2011-2012 could not possibly have been committed by me. He could have also shown that I could not possibly have created the christian-identity.net, and, Phora, accounts, as I was in prison. And, then, there is the larger, undisputed, history of impersonation of me by informants like Burks which was knowable to counsel.

Not showing that I am frequently impersonated by persons associated with the FBI who have tried to implicate me in crimes was ineffective assistance.

### GFR 8(b)    Porrazzo, An FBI Informant, Has Admitted To Using My Identity To Commit Crimes In May-June 2012

From November 2013, to February 2014, in a series of conversations, Gwnedolyn Toynton told me that Porrazzo contacted her via Facebook on May 27, 2012, and, told her that he had stolen my identity, and, used it to commit crimes. Since that time, I have repeatedly attempted to obtain a statement from Toynton, who was ignored by Paul Beers, my counsel in WD Va 13-cr-013, who, according to an email sent to her by Henderson, was insulted, and, legally threatened, by Henderson in order to prevent her testimony, and, who, according to her sworn statement, was physically threatened by James Porrazzo, and, Joshua Sutter. Despite this, I did obtain a sworn statement from Toynton supporting the statements which she made to me.

Toynton avers that Porrazzo contacted her May 27, 2012, and, "caused her to believe that he suspected she knew of something underhanded he had done involving me." With her statement, Toynton has provided numerous documents, including a screenshot of an account, "Thugee Behram", which she says threatened her, a screenshot of a private "American Front" Facebook group which Hall testified in Faella was associated with the FBI operation, and, a screenshot of that Facebook group showing James Porrazzo chatting with Chris Hayes, whom I know from NKNews was involved in the Sutter investigations of 2005, and, Adam Parfrey, a senior member of the Church of Satan whom I know from personal knowledge dislikes me. Toynton also avers that Porrazzo leads the American Front, that Porrazzo is good friends with Sutter, and, that, in April-May 2012, Porrazzo, and, Sutter, were discussing killing me. I personally met Sutter in February 2002 outside the Israeli Embassy in Washington, DC, and, I can affirm that his picture appears on the Thugee Behram account.

Toynton's statements are strongly corroborated. Unbeknownest to her, Porrazzo, and, Sutter, are part of the FBI-JTTF operation. According to NKNews, and, Sutter, Sutter was arrested in

February 2003, served 21 months in federal prison, and, was re-
leased to become a CI on November 9, 2004. According to NKNews,
and, published material that I have reviewed from the SPLC, and,
ADL, Porrazzo spent 2002 to 2007 in federal prison, and, immedi-
ately began working with Sutter upon release.

According to NKNews, MaoistRebelNews, and, FBI documents,
Porrazzo called Jason Adam Tonis on December 31, 2011, and, told
Tonis that he was outside the home of Tonis' fiancee, and, would
kill her if Tonis didn't do what Porrazzo demanded. According to
Toynton's sworn statement, NKNews, and, MaoistRebelNews, Porraz-
zo, and, Sutter, have continued to make similar threats through
at least 2016.

According to Boaz' sworn arrest warrant affidavit in Faella,
Porrazzo was central to the FBI-JTTF operation which was disrupt-
ing the American Front. From 2006 to 2012, I know from personal
knowledge, including a conversation with FBI Roanoke SSA Frank
Rouche, and, internal FBI documents, that, in March 2006, the FBI
authorized its agents to authorize their notional groups to take
an "anti-Nazi" line, and, to target me, and, my associates, with
violence. The impetus for this was an internal FBI memorandum
claiming that the NSM, which was being run by the FBI, and, with
which I was involved at the time, was a "terrorism enterprise"
which was "stockpling weapons" to "wage war"; this was impossi-
ble because of the FBI control of the group. As part of this
phase of the operation, the Vinlander Social Club, an FBI-JTTF
notional, was used to incite skinheads to "war" with me; among
those groups so incited were the Confederate Hammerskins, and,
particularly Richie Meyers, whom Boaz' arrest affidavit states
was a close associate of the American Front members that I alleg-
edly was trying to get released. Thus, these people, whom I was
allegedly try to get out of prison, were not only people that I
don't know, but, people who were "at war" with, and, actively
trying to harm me.

GFR 8(c)    The United States Failed To Disclose The FBI-JTTF
            Disruption Operation That Was Targeting Me

I first became aware that federal law enforcement was sur-
veilling me in December 2001, when I was photographed by the US
Marshal's Service embracing a woman name Erica Hardwick in a
parking lot in Bethesda, Maryland. Hardwick told me in January
2002 that she was an informant for the USMS, and, during the
course of the following months, informed me of activities that
she performed for the USMS, as well of USMS surveillance of me.
In late 2003, I heard an episode of an internet-radio program
called the Von Bluvens Show, in which FBI-JTTF TFO Killian, using
the name Michael "Doc" Schneider, and, an FBI-JTTF informant nam-
ed Michael Blevins, stated that I worshipped Satan, and, Cthulu.
At the time, I was unaware that Schneider was Killian, and, that
the show was being operated as part of the FBI's intelligence op-
erations. I believe that Killian fabricated the statements about
my worship of Satan from his prior training in "Gangs, Cults, and
Satanism." I contacted Blevins, and, Killian, after hearing the
show, told them that I did not worship Satan, or, Cthulu, and,
appeared on a later show.

In December 2003, Hardwick, and, I, had disagreements, and,
she falsely reported me to the FBI for racial discrimination in
my rental housing business. This led to an aggressive FBI in-
vestigation that found no evidence of my involvement in such

-21-

acts. Individuals James, and, Sutter, who were acting with federal authorization, committed numerous violent acts against my property, and, person.

In spring 2004, Killian came to Roanoke, Virginia, to see me. In April 2005, Blevins invited me to a Yorktown, Virginia, NSM event. At this event, I joined the NSM. As part of my involvement in the NSM, I would travel to help local units organize political events. In October 2005, I travelled to Toledo, Ohio, to organize a march. Unbeknownest to me, the individuals that I met with, who were pretending to be an NSM unit, were actually a BATF storefront sting operation. As a result of the actions of the police directing the march, a riot broke out which led to hundreds of arrests, and, buildings being burned.

I know from FBI documents which I have reviewed that the FBI-JTTF used this riot to justify setting up NSM units in Tampa, Florida, and, Orlando, Florida. As Gletty affirms in his book, Gletty was the Orlando unit leader. Prior to this, Gletty's place in the white nationalist movement had been established through is involvement in the notional Aryan Nations associated with Sutter, and, through groups like the League of the South, and, the Minutemen. SA Farrington, and Toft, were Gletty's case agents, and, in December 2005, they sent him to a second event in Toledo, Ohio, to meet me. Shortly afterwards, Jeff Schoep, Commander of the NSM, and, also a federal informant, asked me to fly to Orlando, Florida, to organize a march there. I arrived in Orlando, Florida February 17, 2006. Over the next week, I conducted a lawsuit against the Orlando Police over whether, or, not, they could "strip search" every participant in the march as a pre-condition for participation. Though I had no direct interaction with the Orlando Police, and internal FBI document falsely stated that I was "viciously confrontational."

On February 25, 2006, I met Gletty's militia, which included TFO Boaz, and, was photographed with it, said photograph appearing in Gletty's book. Seventeen persons are depicted, and, Gletty's book, and, the FBI document of 3/8/2006, indicate that at least eight of those present were FBI-JTTF agents, or, informants, three were BATF agents, one was an undercover reporter, at least one was an SPLC informant, at least one was an ADL informant, and, I know from personal knowledge that a Judaic woman photographer named Laura Sennet was present off camera as well. After the rally, Sennet invited me to her hotel room to view pictures of the event; I took another person with me, but, still my wife got a poison pen letter falsely claiming that I had had an affair.

After the false FBI memo of 3/20/2006 declaring their own NSM a terrorist group, I was informed by FBI SSA Rouche that the Vinlanders were planning to assassinate me at an event in Antietam, Maryland, and, that he knew this because the leader of the Vinlanders, whom I understood to be Brien James, was an FBI informant. Later that month, James threatened to kill me if I didn't leave the NSM.

In late April 2006, Gletty, and, I, attended an NSM meeting in Lansing, Michigan, at which Schoep showed me literature from the NSM from about 1975 extolling Charles Manson, and, Satanism. I have received similar NSM literature in FBI FOIAs. Schoep told me that the literature was produced by Brannen, and, that the NSM was no longer involved in Manson-ism, or, Satanism.

In May 2006, I advised Schoep that the Vinlanders were planing to attack a group of NSM members at a concert in Western

Kentucky, and, at that time, began, and, I began to realize that
Schoep had been lying to me about a number of things. In June
2006, I became aware that Andrea Herrington, wife of Clifford
Herrington, the group's Chairman, a friend of Brannen's, and, a
federal informant, was operating a group called Teens for Satan.
A Herrington informed me that she was sexually abusing children
as part of her involvement in the group, and, I resigned shortly
after that conversation.

I then formed the American National Socialist Workers' Party
with 118 former members of the NSM. The ANSWP grew to about 564
persons actively involved, and, a mailing list of 1368 persons,
by the date of my October 2008 arrest. During my time in the
ANSWP, I became aware of numerous informants in the group, or,
who tried to join the group. Besides Michael Burks, who was one
of five directors of the group, I was contacted by an informant
from Lansing, Michigan, who tried to persuade me to commit crimes
in conjunction with my administration of a DIP bankruptcy estate.
Another informant tried to persuade me to blow up the Seattle
Space Needle. In the summer of 2008, I received an email from
August Kreis trying to persuade me to join the notional 1st SS
Cavalry Brigade. And, in August 2008, the informant Brian Hol-
land traveled to Roanoke, Virginia, to meet with me. And, there
were numerous other encounters.

As described above, GFR 8(a), I continued to be targeted by
online impersonations, and, efforts to persuade me to join false
groups, after my release from prison in 2011. And, I have cont-
inued to be targeted in prison by informants in the NSM, and,
other groups, which have held events like an April 2016 rally in
Rome, Georgia, in which the name of a newspaper I work with, the
American Free Press, was listed as an endorser against our will
by the FBI-JTTF agents involved.

None of the details of this operation, both as described
here, infra, and, supra, were disclosed, and, I have assembled
them from FBI documents, Gletty's books, media reports, and, oth-
er sources, only since 2015.

## GFR 8(d)   The United States Failed To Disclose Impeachment
            Evidence Regarding TFO Boaz

TFO Boaz testified at trial, and, at sentencing. No im-
peachment information on him was disclosed. According to Boaz'
Orange County, Florida, personnel records, since starting his
police career in 1984, TFO Boaz has been "over-zealous ... creat-
[ing] cases that other officers wouldn't make." Those same re-
cords, as well as Orlando Sentinel newspaper reports, show that
Boaz joined the Orange County Sheriff's Office in 1989, and, was
that year the Deputy most cited for civil rights violations.
Pate v Orange County Sheriff MD Fl 91-cv-3431. Throughout his
career, Boaz' personnel records show that his co-workers have
described him as "paranoid". Boaz' Professional Standards report
shows 14 disciplinary items not elsewhere detailed. In 1994-
1995, even while receiving a Seton Award, Boaz' Professional
Standards report, and, a reprimand in his file, show that he was
disciplined in the same investigation for making false reports,
acting as a Lone Wolf, and, other violations. In 2000, Boaz mur-
dered a suspect, Joshua I nman, and, was involved in the murder
of another man, Pal Krasniqi, the subject of Krasniqi. Despite
this history, Boaz was recruited as a disruption agent by the FBI
JTTF in 2003, sent to Israel in 2011, awarded by the ADL in 2013,

## GFR 8(e)  Boaz Committed Perjury

### GFR 8(e)(i)  At Sentencing

Boaz' children were the only victims' children in this case who were not threatened by name. app rec pageID 894-898. However, Boaz gave emotional testimony at his sentencing about how he, and, his wife, felt when they "read my daughters' names in print." app rec pageID 1544-1545. This moment could not have happened, and, this emotional testimony was false.

### GFR 8(e)(ii)  At Trial Regarding The American Front

Boaz' arrest affidavit in Faella, and, the thirteen other related state American Front cases, was perjured. This did not become public knowledge until Hall testified in Faella on September 11, 2014, after the close of evidence in this case. In this case, Boaz testified that "the American Front is a domestic terrorism organization ... [plotting] to overthrow the government ... [in] the inevitable race war." app rec pageID 957. This same statement appears in the arrest warrants, and, the source for this information is alleged in the arrest affidavits as Hall. Hall was involved with Boaz for several years, participating in the Confederate Hammerskin, and, 1st SS Cavalry Brigade, investigations, According   to Hall's testimony in Faella   the American Front was a group involved in "legal demonstration[s]" to "raise political consciousness", and, was not involved in violence. Hall also testified that all of the "racist" remarks that he recorded were made by him. Boaz' false "terrorism" testimony was cited by both this Court at sentencing, GFR 10(a), and, the Eleventh Circuit, and, gave this case  improperly inflated importance in the mind of the jury. The United States knew that this testimony was false, and, did not disclose that.

### GFR 8(e)(iii)  At Trial Regarding His Computer Background

Boaz testified at trial that he was "not a computer guy", and, thereby stopped cross-examination on this subject. app rec pageID 965. 11 days earlier, Boaz had completed the FBI's Online Covert Employee Course, was working full time as an Online Covert operative, and, had been trained in online undercover work no later than 2007, when he worked with Killian, Orange County's online undercover training officer. Essentially, Boaz is a trained computer hacker, and, identity thief, and, he lied at trial to conceal this. This was not disclosed before trial.

### GFR 8(e)(iv)  At Trial Regarding The "Aryan Nations"

Boaz testified at trial as to having been involved in "an undercover detail by an Aryan Nations white supremacy group" which he described in internal reports as "the armed and violent wing of the Aryan Nations". app rec pageID 959-961. At the time that Boaz gave this testimony, the United Sattes knew that the Aryan Nations group,  as described in NKNews, Kreis, and, the Orlando Sentinel was the FBI-JTTF notional that Sutter had talked Kreis into creating in 2005.

I know, from personal knowledge of Kreis, and, from court records, and, news reports, that the group considered Kreis, who is mentally disabled, and, law enforcement officers. Boaz, acting as an online undercover operative, introduced himself to Kreis using the name Kevin Post in 2007, and, persuaded Kreis to lead the FBI-JTTF notional "1st SS Cavalry Brigade". Boaz then created "links" between this group, and, the Outlaw bikers, and, then, in internal reports to the Orange County Sheriff, claimed to have "identified" the links which he created. Boaz, and, Killian, as described GFR 8(c) supra, and, 8(f)(ii), infra, continuously targeted me from 2003 forward. In the course of this operation, Boaz obtained the arrest of at least one person besides the American Front state defendants by perjury, Deborah Plowman. In Plowman, Boaz admitted to this perjury. In my correspondence with the FBI, all records related to the 1st SS Cavalry Brigade operation were frozen in November 2016 as part of an "ongoing law enforcement operation", which I reasonably infer to mean an OIG investigation into Boaz.

## GFR 8(f)   The United States Presented False Testimony From Heidi Beireich

### GFR 8(f)(i)   Regarding The National Socialist Movement

In this matter, at trial, the United States presented testimony from Heidi Beireich about the NSM, claiming that it was a "neo-Nazi racist movement". app rec pageID 974. When the United States presented this testimony, it knew that the NSM was not a "neo-Nazi racist movement", but a notional group that the FBI had created in 1975, and, controlled ever since, as their internal documents show. It also knew that it had mislead me into joining the National Socialist Movement by pretending that it was a white working class organization, when it was really an organization stocked with criminals which the FBI had recruited out of the prisons, and, was also a front for an FBI controlled Satanic cult and, pedophile ring. I resigned when I discovered these things. Nothing of the FBI's role in the creation, and, control, of the NSM was disclosed.

### GFR 8(f)(ii)   Regarding The Source Of Her Testimony

According to his Orange County Sheriff's personnel records, FBI-JTTF TFO Robert Killian was dismissed from the Orange County Intelligence Division in July 2010 for conducting unauthorized investigations, apparently using his police powers corruptly on behalf of Beireich's group, the SPLC. Killian is a former Florida Probation Department gang investigator who joined the Orange County Sheriff in 1995, and, was involved in undercover operations against bikers until he was injured in a motorcycle accident in 1999. Killian was then assigned to be Orange County's online undercover training officer, and, to target "white supremacists". That year, his personnel records state that he developed a close relationship with Beireich's SPLC. As described in GFR 8(c), above, Killian continuously targeted me from 2003 forward, and, his operation continues to target me. On July 17, 2010, Killian was removed from the FBI-JTTF operation, suspended 40 hours without pay, and, reassigned to court security, as a result of his abuse of his police powers. That Killian's corrupt misuse of his police powers on behalf of the SPLC was part of Beireich's "monitoring" of me was not disclosed by the United States.